**AFFIDAVIT IN SUPPORT OF**
**APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Justin Lynch, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a United States Postal Inspector with the U.S. Postal Inspection Service ("USPIS"). I have been employed as a U.S. Postal Inspector with the USPIS Philadelphia Division since May 2023 and am currently assigned to a USPIS team that investigates mail fraud and violent crimes. I am also assigned to the Federal Bureau of Investigation ("FBI") Philadelphia Division Joint Terrorism Task Force ("JTTF") where I assist the FBI with investigations related to counterterrorism matters and conduct investigations related to the mailing of dangerous and threatening communications.  I am a graduate of the Federal Law Enforcement Training Center's ("FLETC") Criminal Investigator Training Program ("CITP"). Prior to serving as a Postal Inspector with USPIS, I was employed as a Special Agent with the U.S. Postal Service – Office of Inspector General ("USPS-OIG") for approximately four years. Prior to serving as a Special Agent with USPS-OIG, I was employed as Special Agent with the U.S. Department of the Treasury – Inspector General for Tax Administration ("TIGTA") for approximately five years.  As a U.S. Postal Inspector and Special Agent with USPS-OIG and TIGTA, I have participated in numerous investigations involving violent crimes, allegations of mail theft and fraud, the mailing of threatening communications, counterfeit postage, bank fraud, identity theft and employee misconduct.  I have also participated in the execution of multiple federal search and arrest warrants and seized evidence in violation of United States law.

2.      I make this affidavit in support of an application in support of a criminal complaint and arrest warrant for STEVEN LOUIS ("LOUIS"),  home address on Verree Road,

Philadelphi, PA 19115, based on probable cause that on or about July 21, 2026, he violated 18 U.S.C. § 111 Assaulting, Resisting, or Impeding Certain Officers or Employees, as more fully described below and set forth in Attachment A.

3.      As a federal agent, I am authorized to investigate violation of the laws of the United States, including investigations involving the mails, facilities of interstate communication, and violent crime under Title 18. I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information from other agents, witnesses, and records. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and in part. However, unless specifically indicated, all of the materials quoted in this affidavit bear the same spelling, punctuation, and grammar as found in the originals of these records. Where I assert that an event took place on a particular date and/or at a particular time, I am asserting that it took place on or about that date and/or time. Where I assert that an event occurred a certain number of times, I am asserting that it occurred approximately that many times.

**<u>JURISDICTION</u>**

5.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. §§ 2711, 2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

**APPLICABLE STATUTES**

6.      Under 18 U.S.C. §111, it is a crime, to forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties. Whoever, in the commission of any acts described in subsection (a), uses a deadly or dangerous weapon (including a weapon intended to cause death or danger but that fails to do so by reason of a defective component) or inflicts bodily injury, shall be fined under this title or imprisoned not more than 20 years, or both.

**FACTS SUPPORTING PROBABLE CAUSE**

7.      On or about July 21, 2026, at 5:24AM, the United States Postal Inspection Service ("USPIS") was notified that a serious assault of a United States Postal Service ("USPS") employee had just occurred at the USPS Philadelphia Processing & Distribution Center ("P&DC"). The Philadelphia P&DC is a USPS facility located at 7500 Lindbergh Blvd., Philadelphia, PA 19176, which processes mail for the greater Philadelphia region. USPIS was notified that the offender was another USPS employee and that the assault happened on the workroom floor of the Philadelphia P&DC.

8.      Your affiant was notified of the physical assault at 5:26AM and arrived on scene at approximately 6:03AM. After arriving on scene, the victim of the assault was identified as USPS Mail Handler F.W. and the offender was identified as USPS Mail Handler Steven LOUIS ("LOUIS"). From a variety of interviews and written statements, your affiant then learned of the following approximate timeline of events:

        a.   At approximately 4:38AM, LOUIS identified in his written statement that he overheard F.W. "Talking behind my back."

b. At approximately 5:00AM, LOUIS obtained the safety bar from a piece of USPS mail processing equipment. The safety bar is a steel pipe that is approximately 56 inches long and weighs approximately 25lbs. LOUIS then approached and confronted F.W. According to a witness statement, the witness saw LOUIS approach F.W. with the steel pipe and begin cursing at him. The witness then saw LOUIS hit F.W. in the chest with the metal pipe. F.W. did not respond and the witness advised that LOUIS then swung the metal pipe again and hit F.W. in the head. The witness then ran towards LOUIS and disarmed him. Once LOUIS struck F.W. with the metal pipe, F.W. was knocked off of his feet to the ground and knocked unconscious immediately.

c. At approximately 5:03AM, USPS management learned of a serious safety incident and responded to the workroom floor. USPS management discovered F.W. lying on the ground unconscious and bleeding from a serious head injury. Multiple witnesses called 911 and emergency medical personnel responded and transported F.W. to the hospital.

9. When your affiant arrived on scene, I was notified that LOUIS had admitted to assaulting F.W. both verbally and in writing to both USPS management and his USPS union representative. Your affiant was provided with a written statement from LOUIS that stated the following:

a. "I Steven Louis was working at the apps and overheard [F.W.] talking behind my back around 4:38, I hit him in the face & head around 5:00."

10.    Your affiant also obtained a witness statement that was obtained by USPS management which stated the following:

    a.    "When I was dispatching 7 and 8 with [F.W.] I saw the other employee holding a led [sic] pipe walking around the corner toward [F.W.] cursing at him he kept cursing and then hit [F.W.] in the chest. [F.W.] didn't respond and then he swong [sic] again hitting him in the head. That's when I ran toward him grapped [sic] it out of his hand."

11.    F.W. was transported by ambulance to Presbyterian Hospital and evaluated by emergency medical staff. At the time your affiant is writing this complaint, F.W. has been diagnosed with the following injuries, with additional testing still to follow:

    a.    Fractured cheekbone with additional imaging pending to identify another suspected skull fracture;

    b.    Large laceration to the rear of the skull requiring 12 stitches to close the wound;

    c.    Laceration to the side of the skull requiring 6 stitches to close the wound.

**CONCLUSION**

12.    Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about July 21, 2026, STEVEN LOUIS violated 18 U.S.C. § 111, Assaulting, Resisting, or Impeding Certain Officers or Employees, as further described in Attachment A; and I therefore respectfully request that the Court authorize a criminal complaint and arrest warrant for STEVEN LOUIS.

13.    I further respectfully request that the accompanying application for criminal complaint and arrest warrant and related documents be placed under seal and separately a motion to seal and proposed order are provided.

Respectfully submitted,

*/s/ Justin Lynch*
Justin Lynch
U.S. Postal Inspector

Sworn to me over the telephone and signed
By me pursuant to Fed. R. Crim. P. 4.1
On this _____ day of July, 2026.

_____
HONORABLE CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

Count 1 – Title 18, United States Code, Section 111(a)(1)

On or about July 21, 2026, STEVEN LOUIS, forcibly assaulted, a person designated in section 1114 of this title while engaged in or on account of the performance of official duties. The commission of this act used a deadly or dangerous weapon and inflicted bodily injury.